

# DAVID P. DURYEA
Executive Vice President
Collections

## SUNRISE CREDIT SERVICES, INC.
P.O. Box 9100 • Farmingdale, New York 11735
Phone: 866-640-9245 • Fax: 631-501-8587

Hours: Monday - Friday 8 AM - 11 PM, Saturday 8 AM - 1 PM

MARCH 27, 2018
31643585

Lesly Maxan
285 Hawthorne St
Brooklyn, Ny 11225

```
Acct Bal: $ 97859.54
Other Chgs: $  2413.76
  Bal Due: $100273.30
 Creditor: US Asset Management
```

    Maker:     Maxan, Danick
 Co-Maker:     Lesly Maxan

Dear Co-Maker,

US Asset Management intends to begin a lawsuit against you in order to recover the above outstanding monies you owe them. For your convenience, you can call us at 844-652-7236, and be connected to a legal referral agent to stop this process. If you would rather not talk to us, you can log directly onto our website at www.sunrisecreditservices.com and pay online.
This is the final review you will receive from my office. The next step will be for our General Counsel, Benjamin Carroccio, Esq. to choose an attorney in your local area to begin a lawsuit against you on behalf of our client.
We suggest you take this opportunity to avoid becoming a defendant in a lawsuit filed against you in a court of law.

Yours Truly,
David P. Duryea
Executive Vice President
Sunrise Credit Services, Inc..

| CREDITOR | AMOUNT | INTEREST | FEES | TOTAL |
|---|---|---|---|---|
| US Asset Management | $18,214.60 | $487.17 | $0.00 | $18,701.77 |
| US Asset Management | $16,015.65 | $380.33 | $0.00 | $16,395.98 |
| US Asset Management | $18,708.10 | $344.83 | $0.00 | $19,052.93 |
| US Asset Management | $26,664.63 | $713.14 | $0.00 | $27,377.77 |
| US Asset Management | $18,256.56 | $488.29 | $0.00 | $18,744.85 |
| TOTAL | $97,859.54 | $2,413.76 | $0.00 | $100,273.30 |

THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
PLEASE REFER TO REVERSE SIDE FOR IMPORTANT INFORMATION

