PO Box 9100
Farmingdale NY 11735-9100
CHANGE SERVICE REQUESTED



**Sunrise Credit Services, Inc.**
P.O. Box 9100
Farmingdale, NY 11735-9100
844-652-7236 • Fax: 631-501-8534

Hours: Mon. – Fri. 8 AM – 9 PM EST
Sat. 8 AM – 4 PM EST



February 14, 2019

Lesly Maxan    3-
285 HAWTHORNE ST
BROOKLYN NY 11225-5958

Creditor: US Asset Management
Account Number: 31643585
Account Balance:        $18214.60
Other Charges:           $2084.62
Balance Due:            $20299.22

### Think About Using Your Tax Refund To Pay Your Debt.

Dear Lesly Maxan:

We want to work with you during this difficult time. We have a few options to settle this past due debt.

The Choice Is Yours:

Wish #1: A settlement of 10% off your balance, so you only pay $18,269.30 in ten payments of $1,826.93 each with your first payment due on February 23, 2019. You save $2,029.92.
Wish #2: A settlement of 20% off your balance, so you only pay $16,239.38 in five payments of $2,706.56 and 1 payment of $2,706.58 with your first payment due on February 23, 2019. You save $4,059.84.
Wish #3: A settlement of 30% off your balance, so you only pay $14,209.45 due on February 23, 2019. You save $6,089.77.

It should be understood that each payment required to complete your chosen payment plan is due on the same date each subsequent month. If one of the payments is not received on time, the payment plan shall be null and void and the full balance shall be due in full.

Here's how to get started:

1. You can log onto www.sunrisecreditservices.com, hit the "Payment Center" button, and proceed with your chosen settlement option.
2. You can call 844-652-7236 and speak with a representative to settle your balance.

This offer will expire on February 23, 2019. We are not obligated to renew this offer.

Sunrise Credit Services, Inc.

Jenifer Davis

NEW YORK CITY DEPT OF CONSUMER AFFAIRS LICENSE # 0902582.




**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

PLEASE REFER TO REVERSE SIDE FOR IMPORTANT INFORMATION

200820375
MULTOP

PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT. KEEP TOP PORTION FOR YOUR RECORDS.

---

Creditor: US Asset Management
Account Number: 31643585
Account Balance:   $18214.60
Other Charges:      $2084.62
Balance Due:       $20299.22

Sunrise Credit Services, Inc.
PO Box 9100
Farmingdale NY 11735-9100

LESLY MAXAN       3-
285 HAWTHORNE ST
BROOKLYN NY 11225-5958

MULTOP



**VISIT US ON THE WEB AT: WWW.SUNRISECREDITSERVICES.COM**
Pay your bill, free of charge, by using debit, credit, or ACH. Please note, paying by credit card is only for select creditors.

**AUTO PAY**
Use our free automated phone payment system at 866-298-9125, 24 hours a day, 7 days a week and pay with your check or credit card.

ADDITIONAL OPTIONS TO PAY YOUR BILL ARE LISTED BELOW. PLEASE BE ADVISED, THE BELOW OPTIONS MAY BE SUBJECT TO A FE
INQUIRE WITH EACH BEFORE PROCEEDING.

**SPEAK WITH A TRAINED REPRESENTATIVE**
Call us at our toll-free number to pay your bill by using debit, credit or ACH. Please note, paying by credit card is only for select creditors.

- **WESTERN UNION**
  Call 1-800-238-5772 for the nearest location. Go to your nearest Western Union location (check cashing store, supermarket or pharmacy) and i
  as a "Quick Collect Customer." Include the following information on the "Quick Collect" form:
  - Payable to:              Sunrise Credit Services
  - Code/Destination:        Sunrise, NY
  - Reference Number:        Your Account Number

  After paying the cashier, call our toll free number and give the representative your account number, amount paid, and money control number from t
  cashier gives to you. Within minutes, your account is paid.

- **MONEYGRAM**
  Call 1-800-926-9400. For the nearest locations, go to your nearest MoneyGram Agent (Travel Agencies, Currency Exchange)
  Complete the Blue Express Payment form, include our five digit receiver code **15885**.
  - Company:         Sunrise Credit Services
  - City/State:      Farmingdale, New York
  - Account Number:  Your Account Number

  After paying the cashier, call our toll free number and give the representative your account number, amount paid and
  confirmation number from the receipt the cashier gives to you.

- **BANK WIRE**

***Please make sure to reference your account number on any payment made.***

**CALIFORNIA**
The state Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances,
collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest, or by using obscene language.
Collectors may not use false or misleading statements, or call you at work if they know or have reason to know that you may not receive personal calls at wo
the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm
location or enforce a judgment. For more information about debt collection activities you may contact the Federal Trade Commission at 1-877-FTC-HELP or
www.ftc.gov.

**COLORADO**
A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to
communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Our resident office in Colorado is located at 700 17th Street, Suite 200, Denver, Colorado 80202...Mon – Fri  8am – 5pm. Telephone Number: 866-436-4766.
office will accept payments and correspondence

For information about the Colorado Fair Debt Collection Practices Act, see WWW.COAG.GOV/CAR

**MASSACHUSETTS**
**NOTICE OF IMPORTANT RIGHTS**
Our resident office in Massachusetts is located at (do not send correspondence or payments to this address) 49 Winter St. Weymouth, MA 02189. Mon. – Th
10am-3pm.  You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. A
oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such
You may terminate this request by writing to the debt collector.

**MINNESOTA**
This collection agency is licensed by the Minnesota Department of Commerce.

**NEW YORK**
Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive
debt collection efforts, including but not limited to:
  (i) the use or threat of violence;
  (ii) the use of obscene of profane language; and
  (iii) repeated phone calls made with the intent to annoy, abuse, or harass.
If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from
pay the debt:
1)   Supplemental security income, (SSI);
2)   Social security;
3)   Public assistance (welfare);
4)   Spousal support, maintenance (alimony) or child support;
5)   Unemployment benefits;
6)   Disability benefits;
7)   Workers' compensation benefits;
8)   Public or private pensions;
9)   Veterans' benefits;
10)  Federal student loans, federal student grants, and federal work study funds; and
11)  Ninety percent of your wages or salary earned in the last sixty days.

**TENNESSEE**
This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**UTAH**
As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting
to fulfill the terms of your credit obligations.